2015-1604

# United States Court Of Appeals for the Federal Circuit

**CHESTER CARROL,**

*Plaintiff-Appellant,*

v.

**TEXAS INSTRUMENTS, INC.**

*Defendant-Appellee.*

Appeal from the United States District Court for the Middle District of Alabama in Case No. 2:11-CV-01037-MHT-TFM, Judge Myron H. Thompson

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

Pursuant to Federal Circuit Rules 26(b) and 27(a), Defendant-Appellee Texas Instruments Incorporated ("TI") hereby moves for an extension of time to file its Brief of Appellee until December 12, 2015, a sixty (60) day extension from the original due date of October 13, 2015.

The in-house counsel primarily responsible for TI's brief is new to this matter, having just joined TI in mid-August, and requires time to become familiar with the

1

record in order to provide meaningful input to the brief and participate in the drafting of the brief, as well as manage the tasks of a new job and multiple other cases and deadlines. Moreover, various attorneys on the team have travel schedules that require coordination for sufficient input and preparation of the brief.

TI is requesting this extension more than seven (7) days before the current deadline for filing Appellee's Brief of October 13, 2015. Appellant has been informed of TI's intent to move for this extension, consents to this request, and, as such, will not oppose.

For the foregoing reasons, and for good cause shown, TI respectfully requests that the Court grant this unopposed motion and extend the deadline by which TI must file Appellee's Brief for a period of sixty (60) days, through and including December 12, 2015.

Respectfully submitted, this 14th day of September 2015.

                                                   /s/ John A. Dragseth
                                                   John A. Dragseth

2015-1604

# United States Court Of Appeals for the Federal Circuit

**CHESTER CARROL,**

*Plaintiff-Appellant,*

v.

**TEXAS INSTRUMENTS, INC.**

*Defendant-Appellee.*

Appeal from the United States District Court for the Middle District of Alabama in Case No. 2:11-CV-01037-MHT-TFM, Judge Myron H. Thompson

**DECLARATION OF JOHN A. DRAGSETH IN SUPPORT OF TI'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

Pursuant to Federal Circuit Rules 26(b)(5) and 28 U.S.C. §1746, I, John A. Dragseth, hereby declare as follows:

1. I am an attorney admitted to the bar of this Court. I am counsel for Defendant-Appellee Texas Instruments Incorporated ("TI").

2. TI's new in-house counsel responsible for patent litigation matters, including this appeal, just joined the company in mid-August. She requires time to

on-ramp into her new role, familiarize herself with the file of this matter so that she can participate in the drafting of the brief, and manage multiple other cases and deadlines.

3. The travel schedules of TI's outside counsel for this matter also require additional time for coordination of input into Appellee's Brief.

4. To allow for sufficient time for the Appellee's Brief to be drafted and reviewed appropriately, TI seeks a sixty (60) day extension of its deadline to file the Appellee Brief from October 13, 2015 to December 12, 2015.

5. The motion for extension is being filed more than seven (7) days before the current deadline for filing Appellee's Brief.

6. I contacted counsel for Plaintiff-Appellant Chester Carroll to discuss the requested extension and to inform him of TI's intent to file this motion. I was told that Mr. Carroll does not object to and will not oppose the motion, and that Mr. Carroll consents to the extension requested.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 14, 2015.

/s/ John A. Dragseth
John A. Dragseth
Counsel for Defendant-
Appellee
Texas Instruments
Incorporated

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Carroll          v.  Texas Instruments

No. 15-1604

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (<u>appellee</u>) (amicus) (name of party) Texas Instruments Incorporated certifies the following (use "None" if applicable; use extra sheets if necessary):

1.   The full name of every party or amicus represented by me is:

Texas Instruments Incorporated

2.   The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Texas Instruments Incorporated (This is the correct name of the party listed in the caption.)

3.   All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4.  ☐  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Fish & Richardson P.C., Thomas M. Melsheimer, Thomas B. Walsh, IV, John A. Dragseth
Balch & Bingham LLP, David R. Boyd, G. Lane Knight

| September 14, 2015 | /s/ John A. Dragseth |
|---|---|
| Date | Signature of counsel |
| | John A. Dragseth |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: Daniel A. Kent

## CERTIFICATE OF SERVICE AND FILING

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Daniel A. Kent: dan@kentiplit.com

Respectfully submitted, this 14th day of September, 2015.

    /s/ John A. Dragseth    
John A. Dragseth