NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHESTER CARROLL,**
*Plaintiff - Appellant*

v.

**TEXAS INSTRUMENTS, INC.,**
*Defendant - Appellee*

---

15-1604

---

Appeal from the United States District Court for the Middle District of Alabama in case no. 2:11-cv-01037-MHT-TFM Senior Judge Myron H. Thompson

---

ON MOTION

O R D E R

Upon consideration of appellee, Texas Instruments, Inc.'s unopposed motion to extend time to file appellee's principal brief by 60 days,

IT IS ORDERED THAT:

The motion is granted. The Appellee's principal brief is due on December 14, 2015.

                                                                                       FOR THE COURT

September 16, 2015                /s/ Daniel E. O'Toole
                                             Daniel E. O'Toole
                                             Clerk of Court